1  Evan E. Sumer (State Bar No. 329181)
   **THE LAW OFFICE OF EVAN SUMER**
2  145 Corte Madera Town Ctr., #464
3  Corte Madera, CA  94925
   Telephone:  (415) 294-1966
4  Email:  ems@consumerlaw.us
5
6  Attorney for Plaintiff
   ORLANDO SALAS
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO SALAS, individually and on behalf of all others similarly situated, | Case No.: 5:23-cv-01549-AB-DTBx |
|---|---|
| Plaintiff, | **NOTICE OF PENDENCY OF OTHER ACTION (L.R. 83-1.4)** |
| vs. | Date:<br>Time:<br>Judge:     Hon. André Birotte Jr.<br>Location: |
| WHIRLPOOL CORPORATION and AIG WARRANTYGUARD, INC., | |
| Defendants. | |

Plaintiff hereby gives notice of a related case that was filed on May 10, 2024 against Defendants AIG WARRANTYGUARD, INC., and WHIRLPOOL CORPORATION arising out of similar business practices by Defendants as those alleged in this action.

a) The related case is entitled HADASSAH SHELLENBERGER v. AIG WARRANTYGUARD, INC., & WHIRLPOOL CORPORATION. (Case No. 2:24-cv-00657)

b) The related case was filed in the United States District Court for the Western District of Washington.

c) The parties include Plaintiff HADASSAH SHELLENBERGER; Defendant AIG WARRANTYGUARD, INC.; and Defendant WHIRLPOOL CORPORATION.

d) Plaintiff HADASSAH SHELLENBERGER is jointly represented in the related action by the undersigned and attorneys Gregory W. Albert and Tallman H. Trask, IV of Albert Law, PLLC with offices at 3131 Western Ave., Suite 410, Seattle, WA 98121 and the telephone number (206) 576-8044. As of the date of this notice, no Defendant has appeared in the related case.

e) The related case and the subject matter of this litigation materially overlap in that both cases are putative class actions alleging that Defendants violated state consumer protection statutes in the course of their collaboration to market, sell, and administer Service Plans to consumers under brand names owned by Whirlpool by misrepresenting to consumers the benefits available under the Service Plans. The plaintiff in each of the lawsuits alleges that he or she ended up purchasing Defendants' Service Plans in reliance of Defendants' representations and later discovered that the Service Plans offered benefits that were materially different than Defendants' representations.  The plaintiff in each of the cases alleges that he or she was harmed in a similar manner as a result of Defendants'

NOTICE OF PENDENCY OF OTHER ACTION (L.R. 83-1.4)
CASE NO: 5:23-cv-01549-AB-DTBx

practices. Therefore, the two cases involve substantially similar questions of fact and are likely to have discovery needs that will overlap to a great extent.

DATED: May 14, 2024                    **THE LAW OFFICE OF EVAN SUMER**

By: */s/ Evan E. Sumer*
      Evan E. Sumer

145 Corte Madera Town Ctr., #464
Corte Madera, CA  94925
Telephone: (415) 294-1966
Email:  ems@consumerlaw.us

Attorney for Plaintiff
ORLANDO SALAS

-2-