JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO SALAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION and AIG WARRANTY GUARD, INC.<br><br>Defendants. | Case No.: 5:23-cv-01549-AB-DTBx<br><br>The Honorable André Birotte Jr.<br><br>[~~PROPOSED~~] JUDGMENT |

For the reasons set forth in the Court's Order Granting Motions to Dismiss the Second Amended Complaint (Dkt. No. 99), the Court enters **FINAL JUDGMENT** in favor of Defendants Whirlpool Corporation and AIG WarrantyGuard, Inc., as follows:

1. Plaintiffs Orlando Salas, Paul Papanek, and Brian Steacy ("Plaintiffs") take nothing on their claims against Defendants; and

2. Plaintiffs' Second Amended Complaint, and this action, are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: November 12, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE